MARGARET PATTERSON, an Infant, etc., Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. Despite our affirmance we heartily disapprove the character of the summations of all the counsel in this case. Trial judges should be vigilant to prevent such performances and

---

* Affd., 259 N. Y. —.

to keep counsel within proper bounds. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.